**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JESSE ADAMS, ) | FILED: AUGUST 13, 2008 |
| ) | 08CV4588 |
| Plaintiff, ) | JUDGE ASPEN |
| ) | MAGISTRATE JUDGE MASON |
| vs. ) | |
| ) | |
| ASSET ACCEPTANCE LLC, ) | PH |
| ) | |
| Defendant. ) | |

**COMPLAINT**

**INTRODUCTION**

1.      Plaintiff Jesse Adams brings this action to secure redress against unlawful credit and collection practices engaged in by defendant Asset Acceptance LLC.   Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15  U.S.C. §1692 et seq. ("FDCPA") and Illinois Collection Agency Act, 225 ILCS 415/1 et seq. ("ICAA").

2.      The FDCPA broadly prohibits unfair or unconscionable collection methods;  conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information.  15  U.S.C. §§1692d, 1692e, 1692f and 1692g.

3.      The Illinois Collection Agency Act reflects a determination that "The practice as a collection agency by any entity in the State of Illinois is hereby declared to affect the public health, safety and welfare and to be subject to regulation and control in the public interest. It is further declared to be a matter of public interest and concern that the collection agency profession merit and receive the confidence of the public and that only qualified entities

1

be permitted to practice as a collection agency in the State of Illinois. This Act shall be liberally construed to carry out these objects and purposes. . . . It is further declared to be the public policy of this State to protect consumers against debt collection abuse."  225 ILCS 425/1a.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337  and 1367 and 15 U.S.C. §1692k (FDCPA).

5.      Venue and personal jurisdiction over defendant in this District is proper because defendant's conduct occurred here, and defendant does business here.

## PARTIES

6.      Plaintiff Jesse Adams is an individual who resides in the Northern District of Illinois.

7.      Defendant Asset Acceptance LLC is a limited liability company organized under Delaware law with its  principal place of business located in Michigan.  It does business in Illinois.  Its registered agent and office within Illinois are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

8.       Asset Acceptance LLC is engaged in the business of purchasing or claiming to purchase charged- off debts allegedly owed by consumers and attempting to collect them from the consumers.

9.       Asset Acceptance LLC pays pennies on the dollar for the debts.

10.      According to the annual report on SEC Form 10-K for the year ending December 31, 2006 filed by its parent Asset Acceptance Capital Corporation (original page 3), "From January 1, 1997 through December 31, 2006, we have purchased 740 consumer debt portfolios, with an original charged-off face value of $27.0 billion for an aggregate purchase

2

price of $579.4 million, or 2.14% of face value, net of buybacks."

11.     Asset Acceptance LLC regularly files lawsuits to attempt to collect the debts.

12.     Asset Acceptance LLC is a debt collector as defined in the FDCPA.

13.     Asset Acceptance LLC is a licensee under the Illinois Collection Agency Act.

14.     Asset Acceptance LLC filed more than 500 lawsuits per month in the Circuit Court of Cook County during 2007.

15.     According to the annual report on SEC Form 10-K for the year ending December 31, 2006 filed by its parent Asset Acceptance Capital Corporation (original page 31), "During 2006, legal cash collections constituted 39.3% of total cash collections compared to 35.8% for 2005. Legal collections continue to increase as a percentage of total collections. This trend is a result of an increase in the volume of suits initiated over the last couple of years."

16.     The "legal cash collections" mean collections through filing lawsuits.

17.     In addition, Asset Acceptance LLC obtains money by threatening litigation.

## FACTS

18.     Asset Acceptance LLC obtains no or virtually no documentation substantiating that the purported debtors actually owe any money to anyone.  If it wanted such documentation, Asset Acceptance LLC would have to pay more.

19.     To make up for this self-created deficiency, Asset Acceptance LLC resorts to fraud and misrepresentation.

20.     On September 5, 2007, Asset Acceptance LLC filed a collection action

3

against Mr. Adams in the Circuit Court of Cook County, 2007 M1 187880, seeking to collect a purported credit card debt.

21.    A copy of the complaint and exhibits is attached as Appendix A.

22.    One of the exhibits, "Exhibit B," was a document which defendant Asset Acceptance LLC regularly attached to collection complaints filed in the Circuit Court of Cook County.

23.    "Exhibit B" was devised to appear to be a statement sent to the putative debtor in the ordinary course of business.  It states at the top: "IMPORTANT:  Please detach and return top portion of statement with check or money order" and "Please write in amount of payment enclosed."   It also states at the bottom, "For prompt crediting of payments, please send check of money order to . . . ."

24.    In truth and in fact, it was  not sent to Mr. Adams or other putative debtors,  except as an exhibit to a collection complaint.

25.    Mr. Adams  never received "Exhibit B" by mail.

26.    The purpose and effect of "Exhibit B" is to falsely represent that the document was sent to the putative debtor and not objected to.

27.    The complaint was time barred under the five year Illinois statute of limitations, 735 ILCS 5/13-205.  Parkis v. Arrow Financial Services, 07 C 410, 2008 U.S.Dist. LEIS 1212 (N.D.Ill., Jan. 8, 2008); Ramirez v. Palisades Collection, 07 C 3840, 2008 U.S. Dist. LEXIS 48722 (N.D.Ill., June 23, 2008); Foreman v. PRA III, LLC, 05 C 3372, 2007 U.S.Dist. LEXIS 15640, *54 (N.D.Ill., March 5, 2007); Nicolai v. Mason, 118 Ill.App.3d 300, 454 N.E.2d 1049 (5th Dist. 1983); Brown v. Goodman, 147 Ill.App.3d 935, 498 N.E.2d 854 (1st Dist. 1986); Toth v. Mansell, 207 Ill.App.3d 665, 566 N.E.2d 730 (1st Dist. 1990).

4

28.     Asset Acceptance LLC continues to pursue debts which are barred by the five-year statute of limitations notwithstanding actual knowledge of the above decisions, particularly when the consumers are not represented by counsel, as evidenced by this case and Asset Acceptance v. Berg, 2007 SR 2465 (DuPage Co. Cir. Ct.), among others.

29.     Mr. Adams was not served until about June 20, 2008.

30.     On July 8, 2008, counsel appeared for Mr. Adams.

31.     On July 16, 2008,  the lawsuit was dismissed.

32.     Prior to the service of the complaint, Asset Acceptance LLC engaged in numerous collection contacts with Mr. Adams relating to the same debt as was the subject of the pending but unserved lawsuit.  These include letters of December 31, 2007 (Appendix B), Feb. 29, 2008 (Appendix C), March 31, 2008 (Appendix D), June 30, 2008 (Appendix E), and July 1, 2008 (Appendix F).

33.     On April 2, 2008 (Appendix G) and again on June 20, 2008 (Appendix H), defendant was notified that Mr. Adams was represented by counsel with respect to the debt. Counsel requested verification and cessation of further contact with Mr. Adams.

34.     At no time did defendant verify the debt.

35.     Notwithstanding such correspondence, defendant continued engaging in direct communications with Mr. Adams (Appendix E and Appendix F).

36.     Plaintiff was harassed and damaged by the conduct complained of.

## COUNT I  – FDCPA

37.     Plaintiff incorporates paragraphs 1-36.

38.     The use of "Exhibit B" violates the FDCPA as constituting a false representation or means in connection with the collection of any debt (§1692e), a false

representation of the "character" of any debt (§1692e(2)(A)), and use of any false representation

to collect or attempt to collect any debt or to obtain information concerning a consumer

(§1692e(10)).

39.     The filing and prosecution of suits that are barred by the statute of

limitations violates 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(10) and 1692f.

40.     Defendant violated 15 U.S.C. §1692c by continuing to engage in direct

communications with Mr. Adams.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor and

against defendant for:

     a.     Statutory damages;

     b.     Actual damages;

     c.     Attorney's fees, litigation expenses and costs.

     d.     Such other or further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

41.     Plaintiff incorporates paragraphs 1-36.

42.     Defendant is a "collection agency" as defined in the Illinois Collection

Agency Act, 225 ILCS 425/1 et seq.  Section 425/3(d), as amended effective Jan. 1, 2008, brings

debt buyers within its purview by providing that "A person, association, partnership, corporation,

or other legal entity acts as a collection agency when he or it . . . Buys accounts, bills or other

indebtedness and engages in collecting the same." Previously coverage was limited to a person who

"Buys accounts, bills or other indebtedness with recourse and engages in collecting the same".  By

deleting "with recourse," the legislature intended to classify as a "collection agency" persons such

as the defendant who buy charged-off debts for their own account.

6

43.     Defendant violated the following provisions of 225 ILCS 425/9:

. . .**(30) Communicating or threatening to communicate with a debtor when the debt collector is informed in writing by an attorney that the attorney represents the debtor concerning the claim, unless authorized by the attorney. If the attorney fails to respond within a reasonable period of time, the collector may communicate with the debtor. The collector may communicate with the debtor when the attorney gives his consent.**

44.     Defendant violated the following provisions of 225 ILCS 425/9.2:

225 ILCS 425/9.2. (Effective January 1, 2008) Communication in connection with debt collection

Sec. 9.2. (a) Without the prior consent of the debtor given directly to the debt collector or collection agency or the express permission of a court of competent jurisdiction, a debt collector or collection agency may not communicate with a debtor in connection with the collection of any debt in any of the following circumstances: . . .

> (2) If the debt collector or collection agency knows the debtor is represented by an attorney with respect to such debt and has knowledge of or can readily ascertain, the attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or collection agency or unless the attorney consents to direct communication with the debtor. . . .

45.     A private right of action exists for violation of the ICAA. Sherman v.

Field Clinic, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

WHEREFORE, plaintiff requests that the Court grant the following relief in favor

of plaintiff and against defendant:

a.     Compensatory and punitive damages;

b.     Costs.

c.     Such other and further relief as is appropriate.

7

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

Plaintiff demands trial by jury.

s/Daniel A. Edelman
Daniel A. Edelman

8

## <u>NOTICE OF LIEN AND ASSIGNMENT</u>

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

<u>s/Daniel A. Edelman</u>
Daniel A. Edelman

T:\21769\Pleading\Complaint_Pleading.WPD

08CV4588
JUDGE ASPEN
MAGISTRATE JUDGE MASON

PH

# **<u>APPENDIX A</u>**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Returnable in 602, Richard J. Daley Center, 9:30 a.m. Sharp

ASSET ACCEPTANCE LLC ) No. 07M1-187880
)
Plaintiff, ) Amount Claimed: $1321.27
) Plus interest and costs.
v. )
) Return Date: MAY 5 2008
)
JESSE ADAMS JR )
) PLEASE SERVE:
Defendant. ) JESSE ADAMS JR

ALIAS SUMMONS

To each defendant:

YOU ARE SUMMONED and required either:

To file your written appearance by yourself or your attorney and
pay the required fee in Room 602, Richard J. Daley Center, Chicago,
Illinois, at or before 9:30 a.m. on _____ MAY 5 2008

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU
FOR THE RELIEF IN THE COMPLAINT, A COPY WHICH IS HERETO ATTACHED.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it
was given for service, with endorsement of service and fees, if any,
immediately after service, and not less than three days before the day
for appearance. If service cannot be made, this summons shall be so
endorsed. This summons may not be served later than three days before
the date of appearance.

THERE WILL BE A FEE TO FILE            WITNESS _____
YOUR APPEARANCE, IF CLAIM
IS $1,500.00 OR LESS, FEE              DOROTHY BROWN MAR 31 2008
WILL BE $158.00; OVER $1500.00
TO $15,000.00 THE FEE WILL BE                _____
$168.00; IN EXCESS OF                      Clerk of the Court
$15,000.00, THE FEE WILL BE
$188.00.

SANJAY S. JUTLA, ESQ.              Date of Service: _____, 200__
ALLEN GUNN, ESQ.                   (to be inserted by officer on copy
ATTORNEYS FOR PLAINTIFF            left with Defendant or other person)
55 E. Jackson 16th Floor
Chicago, IL 60604
(800) 465-2608
Attorney No. 41246

26523766/SONNE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. 07M1-187880 |
| | ) | |
| | ) | Amount Claimed: $1321.27 |
| Plaintiff | ) | Plus Interest and court costs. |
| | ) | |
| v. | ) | Return Date: |
| | ) | MAY 5 2008 |
| JESSE ADAMS JR | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## AMENDED VERIFIED COMPLAINT AT LAW

ASSET ACCEPTANCE LLC, a Delaware Limited Liability Company, doing business in Cook County, Illinois,  ("Plaintiff"), by and through counsel, complains of, JESSE ADAMS JR ("Defendant"), as follows:

1.    Pursuant to 735 ILCS 5/2-403, Plaintiff is proceeding in this cause as the Assignee of HOUSEHOLD BANK.

2.    HOUSEHOLD BANK and Defendant entered into a Cardmember Agreement ("Agreement"), wherein HOUSEHOLD BANK issued a credit card number ▮▮▮▮▮▮8761 to Defendant and Defendant agreed to pay all amounts charged by the use of the credit card.

3.    Upon information and belief Defendant resides in Cook, County Illinois

4.    Thereafter, Defendant incurred charges by use of the credit card.

5.    As set forth in the Affidavit of Plaintiff, attached hereto, and there is due and owing from Defendant to Plaintiff the sum of $1321.27, of which no part has been paid, although duly demanded.

WHEREFORE, Plaintiff ASSET ACCEPTANCE LLC, demands a judgment against the Defendant, JESSE ADAMS JR  in the sum of $1321.27 plus interest and court costs.

<div align="right">

Respectfully submitted,
ASSET ACCEPTANCE LLC
Plaintiff herein,

_____
Sanjay S. Jutla
Allen Gunn
Staff Attorneys

</div>

Sanjay S. Jutla, Esq.
Allen Gunn, Esq.
Attorneys for Plaintiff
55 E. Jackson 16th Floor
Chicago, IL 60604
(800) 465-2608
Attorney No. 41246

26523766

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| ASSET ACCEPTANCE LLC | ) | No. 07M1-187880 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE ADAMS JR | ) | |
| 10741 S Lafayette Ave | ) | |
| Chicago IL 606283426 | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF CLAIM

I, Cheryl L. Wojcicki, being first duly sworn upon my oath depose and state as follows:

That I am the Support Lead of ASSET ACCEPTANCE LLC, a Limited Liability Company organized and existing under the laws of the State of Delaware and doing business at P.O. Box 2036 Warren, MI 48090.

That there is justly due and owing on the account by the Defendant to the Plaintiff the sum of $1321.27 to date.

That the said account originally with HOUSEHOLD BANK, account number ■■■■■■8761, has been purchased by ASSET ACCEPTANCE LLC who now owns said account and has all rights connected therewith including the right to institute this action.

After careful review of the account record for the above named Defendant from the Department of Defense Manpower Data Center it has been found that the Defendant is not in the military.

FURTHER THE AFFIANT SAYETH NAUGHT.

*Cheryl L Wojcicki*

CHERYL L. WOJCICKI, SUPPORT LEAD

SUBSCRIBED AND SWORN TO
Before me this _1 1th_ day of
_March_____, 2008

*Tamara Young*

NOTARY PUBLIC

OFFICIAL SEAL
TAMARA YOUNG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/21/10

**EXHIBIT**

# A

26523766



| ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| ███████8761 | $1321.27 |
| STATEMENT DATE | DUE DATE |
| MAR 11 2008 | DUE |
| Payments received will be credited to your account | |

**ASSET ACCEPTANCE LLC**
P.O. Box 909886
Chicago, IL 60690

PLEASE WRITE IN AMOUNT OF
PAYMENT ENCLOSED        $ _____

JESSE ADAMS JR
████████████████

**IMPORTANT:** PLEASE DETACH AND RETURN TOP
PORTION OF STATEMENT WITH CHECK OR MONEY ORDER.

IF ADDRESS AS SHOWN ABOVE IS INCORRECT,
PLEASE INDICATE CHANGE

| ACCOUNT NUMBER | DATE OF LAST PAYMENT |
|---|---|
| ███████8761 | 08/06/01 |

| DATE | REFERENCE NO | ACCOUNT INFORMATION | BALANCE DUE |
|---|---|---|---|
| MAR 11 2008 | 26523766 | BALANCE DUE ASSET ACCEPTANCE LLC, A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, ASSIGNEE OF HOUSEHOLD BANK / P.O. Box 909886, Chicago, IL 60690 | $1321.27 |

| DATE OF DELINQUENCY | PURCHASED ON | PRINCIPAL AMOUNT | INTEREST RATE |
|---|---|---|---|
| 10/01/01 | 2/27/2006 | $1087.10 | 4.00% |

| SERVICE ADDRESS (IF APPLICABLE) | INTEREST DUE AS OF MAR 11 2008 |
|---|---|
| | $234.17 |

FOR PROMPT CREDITING OF PAYMENTS, PLEASE
SEND CHECK OR MONEY ORDER TO:

ASSET ACCEPTANCE LLC
P.O. Box 909886
Chicago, IL 60690

OR CALL ONE OF OUR ACCOUNT
REPRESENTATIVES AT:

TOLL FREE 800-455-2554

| DUE DATE | MINIMUM PAYMENT |
|---|---|
| DUE | $1321.27 |

SEND INQUIRIES TO:
ASSET ACCEPTANCE LLC
P.O. Box 909886
Chicago, IL 60690

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**EXHIBIT**

# B

# APPENDIX B

# Asset Acceptance LLC

Toll Free 800-455-2554 Ext.
LOCAL: 586-939-9600

LOCAL OFFICE: Warren, MI

```
┌─────────────────────────────────┐
│     35% DISCOUNT!!               │
│  SEE BELOW FOR DETAILS           │
└─────────────────────────────────┘
```

Re:
HOUSEHOLD BANK
Client Account #: ███████8761
Asset Acceptance LLC Acct:    26523766
Current Balance:    $1323.76
Settlement Balance:    $860.44
Expiration Date:    December 31, 2007

Dear JESSE ADAMS JR:

At Asset we understand that financial difficulty is something that can hinder your ability to settle your debt. To help you resolve your account this month, we are extending to you a 35% discount on your current balance. So take advantage of this offer, settle your account this month and start off 2008 with this debt in your past.

| Current Balance: | $1323.76 |
| --- | --- |
| Discount Offer: | $463.32 |
| Payment Due Date: | On or before December 31, 2007 |
| **PAY THIS AMOUNT:** | **$860.44** |

In addition to your savings of $463.32, you can also receive the following benefits:

1. A zero balance on your HOUSEHOLD BANK account with us
2. A paid account letter

Call MIKE GAZZARATO toll-free at 800-455-2554 at ext. today. This offer will expire on December 31, 2007.

Act now - go to **www.paymybill.com** and pay online, using either your credit card or checking account. Your User ID is: 0271627. Your password is: 26523766.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: 800-455-2554 Ext.
Debt Collector
Asset Acceptance LLC

CONASSE018442AACMI

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 26523766
Current Balance: $1323.76
Settlement Balance: $860.44
Expiration Date: December 31, 2007

December 10, 2007

ASSET ACCEPTANCE LLC
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000265237669#   0550973 0047680   ILL-8442

JESSE ADAMS JR

# APPENDIX C

# Asset Acceptance LLC

Toll Free: 866-609-5621 Ext.
LOCAL: 586-939-9600
LOCAL OFFICE: Warren, MI

Re:
HOUSEHOLD BANK
Client Account #: ███████8761
Asset Acceptance LLC Acct: 26523766
Current Balance: $1323.76
Settlement Balance: $992.82
Expiration Date: February 29, 2008

| 25% DISCOUNT!! |
| SEE BELOW FOR DETAILS |

## INCOME TAX TIME!

Dear JESSE ADAMS JR:

It's February and by now you should have received all of your **tax** documents. What could be the best way to use your **tax refund**? Use it to settle this debt. Concerned you may not receive your refund in time to take advantage of this month's offer? One quick and easy filing method is e-File, an online **tax** filing service. Depending on your income level, it could be free – check it out at www.irs.gov. e-File is available 24/7, provides the forms you need and has a very extensive questions and answers page. File early and take advantage of this months discount offer - 25% off of your current balance of $1323.76.

| Current Balance: | $1323.76 |
|---|---|
| Discount Offer: | $330.94 |
| Payment Due Date: | On or before February 29, 2008 |
| **PAY THIS AMOUNT:** | **$992.82** |

In addition to your savings of $330.94, you can also receive the following benefits:

1. A zero balance on your HOUSEHOLD BANK account with us
2. A paid account letter

Call MIKE GAZZARATO toll-free at 866-609-5621 at ext. today. This offer will expire on February 29, 2008.

Act now - go to **www.paymybill.com** and pay online, using either your credit card, debit card or checking account. Your user ID is: 0271627. Your password is: 26523766.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: 866-609-5621 Ext.
Debt Collector
Asset Acceptance LLC

PONASSE018461AACMI

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 26523766
Current Balance: $1323.76
Settlement Balance: $992.82
Expiration Date: February 29, 2008

February 1, 2008

ASSET ACCEPTANCE LLC
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#000000265237669#   0267772 0104234   ILL-8461

JESSE ADAMS JR



# **APPENDIX D**



# Asset Acceptance LLC

Toll Free 866-609-5621 Ext.
LOCAL: 586-939-9600

LOCAL OFFICE: Warren, MI

<div style="border:1px solid; text-align:center">

**35% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

</div>

Re:

| | |
|---|---|
| HOUSEHOLD BANK | |
| Client Account #: | ████████8761 |
| Asset Acceptance LLC Acct: | 26523766 |
| Current Balance: | $1323.76 |
| Settlement Balance: | $860.44 |
| Expiration Date: | March 31, 2008 |

**TIMES A WASTIN'!**

Dear JESSE ADAMS JR:

It's March and at this point you are probably watching your mailbox everyday just waiting for your **TAX REFUND**. Why not consider using it to settle this debt?  Stop accruing interest and make settling this debt the best use of your **TAX REFUND** this year.  To assist you we are offering 35% off your current balance of $1323.76.

| | |
|---|---|
| Current Balance: | $1323.76 |
| Discount Offer: | $463.32 |
| Payment Due Date: | On or before March 31, 2008 |
| **PAY THIS AMOUNT:** | **$860.44** |

In addition to your savings of $463.32, you can also receive the following benefits:

1. A zero balance on your  HOUSEHOLD BANK account with us
2. A paid account letter

Call MIKE GAZZARATO toll-free at 866-609-5621 at ext. today.  This offer will expire on March 31, 2008.

Act now - go to **www.paymybill.com** and pay online, using your credit card, debit card or checking account.  Your user ID is: 0271627. Your password is: 26523766.

It may be possible to extend the deadline under certain circumstances.  The settlement offer outlined above is guaranteed through the above referenced date.  After that time we reserve the right to modify the settlement offer, or revoke the offer entirely.  We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: 866-609-5621 Ext.
Debt Collector
Asset Acceptance LLC

PONASSE018474AACMI

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 26523766
Current Balance: $1323.76
Settlement Balance: $860.44
Expiration Date: March 31, 2008

March 4, 2008

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000265237669#   0603677 0077859   ILL-8474

JESSE ADAMS JR

# APPENDIX E

# Asset Acceptance LLC

Toll Free: 800-609-5621 Ext.
LOCAL: 586-939-9600
LOCAL OFFICE: Warren, MI

Re:

HOUSEHOLD BANK
    Client Account #: ████████8761
Asset Acceptance LLC Acct:  26523766
    Current Balance: $1323.76
    Expiration Date: June 30, 2008

<div style="border:1px solid">

## $ Dollar For Dollar $
### SEE BELOW FOR DETAILS

</div>

### DOLLAR-FOR-DOLLAR

Dear JESSE ADAMS JR:

Our offer to you this month: **DOLLAR-FOR-DOLLAR!** Meaning, this month we will match dollar-for-dollar the amount you pay us, no matter how large or small. Expiration Date: June 30, 2008.

**Two examples:**

| | | | | | |
|---|---|---|---|---|---|
| Current Balance: | $2000.00 | | | Current Balance: | $2000.00 |
| You Pay: | $1000.00 | **OR** | | You Pay: | $750.00 |
| **We match – You save:** | **$1000.00** | | | **We match – You save:** | **$750.00** |
| Your balance due: | $0.00 | | | Your new balance due: | $500.00 |

**Did you receive a stimulus rebate check? If so, use it towards settling this debt. Don't have it yet, contact us to set-up monthly payment arrangements and use it toward this debt when it arrives. Be among the estimated 30% of consumers who will use this rebate towards debt repayment.**

Act now - go to **www.paymybill.com** and pay online, using your debit card, credit card or checking account. Your user ID is: 0271627. Your password is: 26523766P.

Possible Benefits:
1. A zero balance on your  HOUSEHOLD BANK account with us
2. A paid account letter


The matching contribution cannot result in a credit balance on your account.  A returned payment will eliminate the matching credit.

It may be possible to extend the deadline under certain circumstances.  The settlement offer outlined above is only guaranteed through the above referenced date.  After that time, we reserve the right to modify the settlement offer, or revoke the offer entirely.  We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: 866-609-5621 Ext.
Debt Collector
Asset Acceptance LLC

CONASSE018110AACMI

***Detach Lower Portion and Return with Payment***



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 26523766
Current Balance: $1323.76
Expiration Date: June 30, 2008

June 6, 2008

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000265237669#   0830394 023266930   ILL-8110

JESSE ADAMS JR
██████████████

# APPENDIX F

# Asset Acceptance LLC

TOLL FREE: 866-609-5621 Ext.
LOCAL: 586-939-9600
LOCAL OFFICE: Warren, MI

July 1, 2008
RE:

HOUSEHOLD BANK
ORIGINAL ACCT#:                     ████████8761
Asset Acceptance LLC ACCT#:    26523766
CURRENT BALANCE:                  $1323.76
EXPIRATION DATE:                   July 31, 2008

Dear JESSE ADAMS JR:

## INSTALLMENT PLAN!

We are prepared to extend a special offer to you to help resolve your delinquent account. You have the opportunity to pay 10% of your outstanding balance or $250.00 whichever is greater as a down payment. Upon receipt of your down payment we will enter you into a monthly installment arrangement of $100.00 per month until the account balance is satisfied. Normal interest charges still apply. You may also be eligible to make a lump sum settlement offer.

Example 1:

Your current balance is $3500.00. Your down payment will be $350.00 to be received in a lump sum. Remaining balance to be paid in $100.00 monthly installments.

Example 2:

Your current balance is $1500.00. Your down payment will be $250.00 to be received in a lump sum. Remaining balance to be paid in $100.00 monthly installments.

Please contact MIKE GAZZARATO toll-free 866-609-5621 at Ext.  to take advantage of this offer.

ASK US ABOUT OUR EASY AUTOMATIC PAYMENT/CHECKING ACCOUNT PROGRAM.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time, we reserve the right to modify the settlement offer, or revoke the offer entirely.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: Toll Free 866-609-5621 Ext.
Debt Collector
Asset Acceptance LLC

CONASSE018169AACMI

***Detach Lower Portion and Return with Payment***



PO Box 2039
Warren MI 48090-2039

ADDRESS SERVICE REQUESTED

Asset Acceptance LLC ACCT#: 26523766
Current Balance: $1323.76
Expiration Date: July 31, 2008

July 1, 2008

**ASSET ACCEPTANCE LLC**
PO Box 2036
Warren MI 48090-2036

#BWNHKKF
#0000000265237669#   0685090 034427203   26523766-8169

JESSE ADAMS JR

# **APPENDIX G**

## Debt Counsel for Seniors & the Disabled

# DCSD

2 April 2008

**BY FAX ONLY: 586-446-1798**
**Page 1 of 2**

Collections Manager
Asset Acceptance LLC
PO Box 2036
Warren, MI 48092

Re: **Jesse Adams**
Your file or reference No.: RE: HouseHold~~█████████~~8761
Our file No.: 6191

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off. Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means. Moreover, all changes in terms of this alleged debt are hereby objected to and rejected. Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a **cease and desist order** signed and notarized by the alleged debtor. If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Very truly yours,

*Jerome S. Lamet*

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc: Jesse Adams

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741

# **APPENDIX H**



*Debt Counsel for Seniors & the Disabled*

20 June 2008

**BY FAX ONLY:  586-446-1798**
**Page 1 of 2**

Collections Manager
Asset Acceptance LLC
PO Box 2036
Warren, MI  48092

Re:  **Jesse Adams**
     **Your file or reference No.: RE: HouseHold** ~~████████~~ **8761**
     **Our file No.:  6191**

Dear General Counsel or Compliance Officer:

Please be advised that my law firm represents the above-referenced client for the purpose of enforcing their rights against debt collectors under all applicable federal laws.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide any agreement(s) our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off.  Unless and until such proof is furnished, we do not recognize any right on your part to attempt to collect any amount from our client through credit reporting or any other means.  Moreover, all changes in terms of this alleged debt are hereby objected to and rejected.  Please be advised that the continuation of collection activity without adequately responding to these requests may result in a lawsuit against you.

As the client's attorney, I also respectfully inform you that you must **cease** contacting them according to **§§ 1692c(a)(2) AND 1692c(c)** of the **Fair Debt Collection Practices Act**, since this letter not only serves as notice of our representation of this client but also contains a **cease and desist order** signed and notarized by the alleged debtor.  If and when you violate these statutes, I will not hesitate to pursue all legal remedies on behalf of my client in the United States District Court.

Very truly yours,

*Jerome S. Lamet*

Jerome S. Lamet, Supervising Attorney
Debt Counsel for the Seniors and the Disabled
Cc:  Jesse Adams

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-2741