IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE ADAMS, <br><br> Plaintiff, <br><br> v. <br><br> ASSET ACCEPTANCE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 08 CV 4588 <br> ) <br> ) Judge: Aspen <br> ) <br> ) Magistrate Judge Mason <br> ) |

### NOTICE OF MOTION

TO:   Daniel A. Edelman            courtecl@edcombs.com;
      Cathleen M. Combs           ccombs@edcombs.com;
      James O. Latturner           jlatturner@edcombs.com; and
      Francis R. Greene            fgrenne@edcombs.com
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th Floor
      Chicago, IL 60603
      (312) 739-4200

**PLEASE TAKE NOTICE** that on September 4, 2008, at 10:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Marvin E. Aspen or any Judge sitting in his/her stead in Courtroom 2568, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR A 21-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT,** a copy of which is served upon you.

                                HINSHAW & CULBERTSON LLP

David M. Schultz                s/ *Jennifer W. Weller*
Jennifer W. Weller              Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2008**, I electronically filed the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR A 21-DAY ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

s/ *Jennifer W. Weller*
Jennifer W. Weller