**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Jesse Adams
                    Plaintiff,
v.                                              Case No.: 1:08−cv−04588
                                                Honorable Marvin E. Aspen
Asset Acceptance LLC
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, September 3, 2008:


MINUTE entry before the Honorable Marvin E. Aspen dated 9/3/08:Defendant's unopposed Motion for extension of time [13] up to and including 9/24/08 in which to respond to plaintiffs' complaint is granted. Motion terminated. The status hearing set for 9/25/08 at 10:30 a.m. to stand. The motion hearing set for 9/4/08 is stricken. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.